UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-25382-UU

JOHN P. STETZENBACH, JR., a
married man,

        Plaintiff,

v.

ROYAL CARIBBEAN CRUISES
LTD., a Liberian Corporation,

        Defendant.
_____/

## NOTICE OF FILING AFFIDAVIT OF SERVICE

COMES NOW the Plaintiff, JOHN P. STETZENBACH, JR. by and through undersigned counsel, and files with the Court an Affidavit of Service of the Summons and Complaint in this matter on the Defendant, ROYAL CARIBBEAN CRUISES, LTD. on January 9, 2019.

Dated this 17th day of January, 2019.

                                      KRUPNICK CAMPBELL MALONE BUSER
                                      SLAMA HANCOCK & LIBERMAN, P.A.
                                      Attorneys for Plaintiffs
                                      12 Southeast 7th Street, Suite 801
                                      Fort Lauderdale, Florida  33301
                                      Telephone: (954) 763-8181
                                      Facsimile: (954) 763-8292

                                      BY: _____
                                            JOSEPH J. SLAMA
                                            Florida Bar No: 476171
                                            CHRISTOPHER W. ROYER
                                            Florida Bar No: 139981
                                            Pleadings-JJS@krupnicklaw.com

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:18-CV-25382-UU

Plaintiff:
**JOHN P. STETZENBACH, JR., a married man,**

vs.

Defendant:
**ROYAL CARIBBEAN CRUISES, LTD., a Liberian Corporation,**

For:
Joseph J. Slama, Esq.
KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK & LIBERMAN, P.A.
12 SE 7th St.
Legacy Bank Building - SUITE 801
Ft. Lauderdale, FL 33301

Received by Professional Process Servers on the 9th day of January, 2019 at 9:00 am to be served on **ROYAL CARIBBEAN CRUISES, LTD. C/O REGISTERED AGENT, BRADLEY H. STEIN, 1050 CARIBBEAN WAY, MIAMI, FL 33132.**

I, LAZARO ORDAZ, being duly sworn, depose and say that on the **9th** day of **January, 2019** at **4:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **TANIA KAT** as **LITIGATION** for **ROYAL CARIBBEAN CRUISES, LTD.** at the address of: **1050 CARIBBEAN WAY, MIAMI, FL 33132**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Eleventh Judicial Circuit of Florida, in which the process was served. Signed in the State of Florida. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." FS 92.525. Notary not required.

Subscribed and Sworn to before me on the 15th day of January, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

S. CAMEJO
MY COMMISSION # FF 216701
EXPIRES: July 23, 2019
Bonded Thru Notary Public Underwriters

LAZARO ORDAZ
CPS#2319

**Professional Process Servers & Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2019000631
Ref: STETZENBACH 24455

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JOHN P. STETZENBACH, JR., a married man,

*Plaintiff(s)*

v.

ROYAL CARIBBEAN CRUISES, LTD., a Liberian Corporation

*Defendant(s)*

Civil Action No. 1:18-cv-25382-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Royal Caribbean Cruises, Ltd.
c/o Registered Agent
Bradley H. Stein
1050 Caribbean Way
Miami, Florida  33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph J. Slama, Esquire
KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK & LIBERMAN, P.A.
Attorneys for Plaintiff
12 Southeast 7th Street, Suite 801
Fort Lauderdale, Florida  33301
Telephone:  (954) 763-8181; Facsimile:  (954) 763-8292

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 27, 2018



Steven M. Larimore
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

SUMMONS