**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-cv-25382-UU

JOHN P. STETZENBACH, JR.,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD,

      Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On April 3, 2019, the Court issued its Order Referring Case to Mediation requiring the parties to file a proposed order scheduling mediation. D.E. 26. Pursuant to the Court's Scheduling Order, the deadline for discovery is September 6, 2019 and the mediation must commence no later than fifteen days following the discovery deadline. D.E. 25. To date, the parties have not informed the Court when the mediation will take place. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Wednesday, <u>May 22, 2019</u>**, as to why the parties have failed to schedule mediation. Alternatively, Plaintiff SHALL file a Proposed Order Scheduling Mediation by that date. <u>Failure to comply with this Order will result in the immediate dismissal of this case without further notice.</u>

DONE AND ORDERED in Chambers at Miami, Florida, this _15th__ day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf